x:\ATS52417\adoption

ROGER P. McTIERNAN, JR (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
MANUEL FARES,

                                Plaintiff,

-against-

120 BROADWAY CONDOMINIUM (CONDO #871), 120
BROADWAY HOLDINGS, LLC, 120 BROADWAY
PROPERTIES, LLC, 120 BROADWAY, LLC, ALAN
KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, ET AL,

                                Defendants.
------------------------------------------------------------------X

**NOTICE OF ADOPTION**

**08 CIV 2617**

PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated:  New York, New York
        May 16, 2008

                                ROGER P. McTIERNAN, JR. (RPM 1680)
                                BARRY, McTIERNAN & MOORE
                                Attorneys for Defendant
                                ANN TAYLOR STORES CORPORATION
                                2 Rector Street – 14th Floor
                                New York, New York  10006
                                (212) 313-3600

To:

        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorneys for Plaintiffs
        115 Broadway, 12th Floor
        New York, New York  10006
        (212) 267-3700