UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| MANUEL FARES, | 08-CV-02617-AKH |
| Plaintiff, | |
| - against - | **APPEARANCE** |
| | **ELECTRONICALLY FILED** |
| 120 BROADWAY CONDOMINIUM (CONDO#871), *et al.*, | |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York            DICKSTEIN SHAPIRO LLP
        June 26, 2008

                                      By:    /s/ Judith R. Cohen
                                                  _____
                                                    Judith R. Cohen (JC-8614)
                                                    1177 Avenue of the Americas
                                                  New York, New York 10036
                                                  Phone: (212) 277-6500
                                                  Fax: (212) 277-6501

                                                  *Attorney for Defendant*
                                                  MERRILL LYNCH & CO., INC.