x:\tc52482\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

-------------------------------------------------------------------------X

MANUEL FARES,

Plaintiffs,

-against-

**NOTICE OF
ADOPTION**

**08 CIV 2617**

120 BROADWAY CONDOMINIUM (CONDO #871),
120 BROADWAY HOLDINGS, LLC, 120 BROADWAY
PROPERTIES, LLC, 120 BROADWAY, LLC, ALAN
KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF
EDUCATION OF THE CITY OF NEW YORK, BOARD
OF MANAGERS OF THE 120 BROADWAY
CONDOMINIUM (CONDO #871), BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
CITIBANK, NA, DEPARTMENT OF BUSINESS
SERVICES, ENVIROTECH CLEAN AIR, INC., FGP 90
WEST STREET INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., HUDSON VIEW
EAST CONDOMINIUM, HUDSON VIEW TOWERS
ASSOCIATES, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION

SERVICES CO., KIBEL COMPANIES, MERRILL
LYNCH & CO., INC., NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., R Y MANAGEMENT CO.,
INC., RY MANAGEMENT, SABINE ZERARKA,
SILVERSTEIN PROPERTIES, INC., STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THE CITY UNIVERSITY OF NEW
YORK, TOSCORP INC., TRIBECA LANDING L.L.C.,
WESTON SOLUTIONS, INC., WFP TOWER B CO.
G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP
TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP.,
WFP TOWER D HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D HOLDING I
G.P. CORP., AND WFP TOWER D. CO., L.P., ET AL.,

                         Defendants.
-----------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In

Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
       July 15, 2008

                                        _____
                                        ROGER P. McTIERNAN, JR. (RPM 1680)
                                        BARRY, McTIERNAN & MOORE
                                        Attorneys for Defendants
                                        STRUCTURE TONE, INC. s/h/a
                                        STRUCTURE TONE (UK), INC. and
                                        STRUCTURE TONE GLOBAL SERVICES, INC.
                                        2 Rector Street – 14th Floor
                                        New York, New York  10006
                                        (212) 313-3600