UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
: 
IN RE: LOWER MANHATTAN DISASTER SITE : 21 MC 102 (AKH)
LITIGATION :
:
:
------------------------------------------------------------ X
:
MANUEL FARES, : 08-CV-2617 (AKH)
:
                Plaintiff, :
:
-against- :
:
120 BROADWAY CONDOMINIUM (CONDO :
#871), 120 BROADWAY HOLDING, LLC, 120 : **FGP 90 WEST STREET,**
BROADWAY PROPERTIES, LLC, 120 : **INC.'S NOTICE OF**
BROADWAY, LLC, ALAN KASMAN D/B/A/ : **ADOPTION OF ANSWER TO**
KASCO, ANN TAYLOR STORES : **MASTER COMPLAINT**
CORPORATION, BATTERY PARK CITY :
AUTHORITY, BLACKMON-MOORING- :
STEAMATIC CATASTOPHE, INC. D/B/A BMS :
CAT, BOARD OF EDUCATION OF THE CITY OF :
NEW YORK, BOARD OF MANAGERS OF THE :
120 BROADWAY CONDOMINIUM (CONDO :
#871), BOARD OF MANAGERS OF THE :
HUDSON VIEW EAST CONDOMINIUM, :
BROOKFIELD FINANCIAL PROPERTIES, INC., :
BROOKFIELD FINANCIAL PROPERTIES, LP, :
BROOKFIELD PARTNERS, LP, BROOKFIELD :
PROPERTIES CORPORATION, BROOKFIELD :
PROPERTIES HOLDINGS INC., CITI BANK, NA, :
DEPARTMENT OF BUSINESS SERVICES, :
ENVIROTECH CLEAN AIR, INC., FGP 90 WEST :
STREET INC., GPS ENVIRONMENTAL :
CONSULTANTS, INC., HILLMAN :
ENVIRONMENTAL GROUP, LLC., HUDSON :
VIEW EAST CONDOMINIUM, HUDSON VIEW :
TOWERS ASSOCIATES, INDOOR :
ENVIRONMENTAL TECHNOLOGY, INC., :
KASCO RESTORATION SERVICES CO., KIBEL :
COMPANIES, MERRILL LYNCH & CO. INC., :
NEW YORK CITY SCHOOL CONSTRUCTION :

| | |
|---|---|
| AUTHORITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., R Y MANAGEMENT CO., INC., RY MANAGEMENT, SABINE ZERARKA, SILVERSTEIN PROPERTIES, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE CITY UNIVERSITY OF NEW YORK, TOSCORP INC., TRIBECA LANDING L.L.C., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO. L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., AND WFP TOWER D CO., L.P., ET AL | : : : : : : : : : : : : : : : : : |
| Defendants | : : : |

-------------------------------------------------------------- X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
July 28, 2008

           By:    s/ Keara M. Gordon
                Keara M. Gordon
                Michael D. Hynes
                DLA PIPER US LLP
                1251 Avenue of the Americas
                New York, New York 10020-1104
                Phone: (212) 335-4500
                Facsimile: (212) 335-4501
                keara.gordon@dlapiper.com

                Robert J. Mathias (admitted *pro hac vice*)
                The Marbury Building
                6225 Smith Avenue
                Baltimore, MD 21209-3600
                Phone: (410) 580-3000
                Fax: (410) 580-3001

                *Attorneys for Defendant*
                *FGP 90 West Street, Inc.*